NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WENDY LEON RUIZ,         )
          )
     Appellant,      )
          )
v.           )     Case No. 2D17-4782
          )
STATE OF FLORIDA,      )
          )
     Appellee.      )
          )

Opinion filed September 20, 2019.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee.


PER CURIAM.


     Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.